EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Nombramientos a la Junta Revisora de las Actividades del Colegio de Abogados | 2006 TSPR 23 <br><br> 166 DPR ____ |

Número del Caso: EN-2006-1

Fecha: 14 de febrero de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Nombramientos a la Junta
Revisora de las Actividades
del Colegio de Abogados

EN2006-01

RESOLUCIÓN

San Juan, Puerto Rico a, 14 de febrero de 2006.

En virtud de nuestro poder inherente para reglamentar la admisión y el ejercicio de la abogacía en Puerto Rico, y a la luz de lo resuelto en *Colegio de Abogados v. Schneider,* 117 D.P.R. 504 (1986), este Tribunal adoptó, el 30 de junio de 2003, el *Reglamento sobre el uso de Fondos del Colegio de Abogados Provenientes de Cuotas y Venta de Estampillas.* Véase 131 D.P.R. 344 (1992).[1]

El reglamento tiene el propósito de establecer "...el balance entre los distintivos propios de la colegiación compulsoria y los derechos de expresión individual de los colegiados", salvaguardando el derecho "a disentir, a expresar libremente creencias y opiniones, y a no ser compelido a apoyar causas o posiciones distintas de las que respondan a su conciencia individual." 131 D.P.R., página 347.

---

[1] Enmendado posteriormente en 132 D.P.R. 674 (1993).

Con este propósito, la Regla 6 estableció un mecanismo remedial para los colegiados que se hayan acogido al pago de la cuota dispuesta en la Regla 5 (b) y desean impugnar la clasificación de una actividad particular o los gastos en que realmente se ha incurrido en determinada actividad. Los colegiados que así opten, tienen derecho de acudir ante la Junta Revisora del Colegio de Abogados y presentar un recurso conforme al procedimiento establecido en la Regla 9 del Reglamento.

Dicha Junta, creada como un organismo autónomo, está compuesta de tres miembros nombrados por el Tribunal Supremo por el término de dos años, quienes serán escogidos entre ex jueces del Tribunal Supremo de Puerto Rico o del Tribunal de Primera Instancia. Véase Regla 8 del Reglamento.

Habiendo vencido el término de los miembros anteriormente nombrados por este Tribunal, se designan las siguientes personas a la Junta Revisora, por el término de dos años:

1. Lcdo. Ramón Negrón Soto, Presidente
2. Lcdo. Agustín Mangual, Miembro
3. Lcdo. René Arrillaga Beléndez, Miembro

La Junta funcionará de acuerdo a las disposiciones expresadas en dicho Reglamento.

Notifíquese copia de esta Resolución a las personas designadas y al Colegio de Abogados de Puerto Rico.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo